| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | NED SMOCK |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant TRUONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0873 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| v. | ) | |
| | ) | Hearing Date: April 9, 2010 |
| THOMAS BRIAN TRUONG, | ) | Requested Date: April 30, 2010 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The above-captioned matter is set on April 9, 2010 before this Court for a status hearing. The parties jointly request that this Court continue the matter to April 30, 2010 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between April 9, 2010 and April 30, 2010.

This is a case charging distribution of steroids. The defense has been reviewing the discovery provided thus far, including the results of a search of a computer seized in a search warrant. The defense has been reviewing e-mail records in conjunction with a chart provided by the government to assist in associating specific e-mails attributed to the defendant with each of the 41 counts of the indictment in order to determine the appropriate guideline calculations. In addition, the parties are engaged in ongoing discussions about a possible disposition. Defense counsel is out of the office and has been be unable to work on the case for two weeks.

1   The requested continuance will allow the defense to further its investigation of the
2 underlying facts of the case and to review necessary records.  The failure to grant such a
3 continuance would unreasonably deny counsel for the defendant the reasonable time necessary
4 for effective preparation, taking into account the exercise of due diligence.
5   The parties further stipulate and agree that the time from April 9, 2010 to April 30, 2010,
6 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
7 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.
8
9 April 5, 2010                                              /s/
                                                        NED SMOCK
10                                                      Assistant Federal Public Defender
11
12 April 5, 2010                                              /s/
                                                        DEBORAH DOUGLAS
13                                                      Assistant United States Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because additional investigation and the review of records are necessary to the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of April 9, 2010 is continued to April 30, 2010 at 9:00 a.m. and that time be excluded from April 9, 2010 to April 30, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

_April 5, 2010_
Date

_____
HON. D. LOWELL JENSEN
United States District Judge